

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Leonardo Lopez,  * From the 106th District Court
of Dawson County,
Trial Court No. 13-7306.

Vs. No. 11-14-00357-CR  * December 30, 2016

The State of Texas,  * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below.   Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.